AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Trevian Deon Harmon<br>a/k/a Wild Bill<br><br>*Defendant(s)* | Case No. 8:25-mj-2258-CPT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 10, 2024__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2313(a) | Knowingly Receiving, Possessing, Concealing, or Storing a Stolen Motor Vehicle that had Crossed a State Boundary |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Cynthia A. Hazel, FBI
Printed name and title

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __June 5, 2025__

_____
Judge's signature

City and state: __Tampa, FL__

Christopher P. Tuite, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cynthia A. Hazel, being first duly sworn, hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation's ("FBI") Tampa Field Office and have been so employed since January 2016. As part of my duties as a Special Agent, I conduct investigations into a variety of crimes to include economic crimes, and I have participated in executing arrest warrants and search warrants for multiple cases. I am authorized to serve and execute seizure warrants and warrants for the arrest of property.

2. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a criminal complaint.

3. I have been trained in obtaining probable cause, surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. I have also received training on criminal violations at various conferences and venues.

4. I submit this affidavit in support of a criminal complaint charging Trevian Deon Harmon, a/k/a Wild Bill ("**HARMON**"), a U.S. citizen who resides in Tampa, Florida, with knowingly receiving, possessing, concealing, or storing a stolen motor vehicle that had crossed a State boundary, in violation of 18 U.S.C. § 2313(a).

5. The statements contained in this affidavit are based on my personal knowledge and experience, and reliable information from other law enforcement officers and computer databases. Because of the limited purpose of this affidavit, I have not included each and every fact known to me. Rather, I have included only those facts necessary to establish probable cause supporting the requested complaint.

## PROBABLE CAUSE

6. On or about December 10, 2024, at approximately 6:00 p.m., a member of Hillsborough County Sheriff's Office (HCSO) District II Street Crimes Unit (SCU), assisted the Tampa Police Department with a stolen vehicle investigation at the trailer park located at ADDRESS 1 in Tampa, Florida. A towing company had reported that **HARMON** contacted it to retrieve a Ferrari F8 Spider at ADDRESS 1. According to sworn statements provided by the tow company's owner and driver, **HARMON** had refused to give a destination for where the vehicle would be dropped off and insisted on following the tow truck. The tow company provided SCU with **HARMON**'s phone number.

7. At approximately 6:30 p.m., a tow truck arrived at ADDRESS 1. Shortly thereafter, law enforcement observed a white Nissan vehicle exit the trailer park, followed by the tow truck with the Ferrari F8 Spider affixed to the bed. Law enforcement also observed a white Cadillac ATS-V behind the tow truck.

8. Law enforcement conducted traffic stops on all three vehicles based on traffic violations and reasonable suspicion that the Ferrari was stolen. The publicly

2

displayed VIN for the Ferrari ended in 235467, which yielded negative hits on FCIC/NCIC. Upon further examination, SCU located a second VIN ending in 280062 on the door panel of the driver's side of the Ferrari. The second VIN returned as a stolen vehicle out of Harris County, Texas. The Ferrari was reported stolen on July 18, 2024. Based on the difference in the two VINs, SCU determined that the Ferrari had been "re-vinned" (i.e., the publicly displayed VIN had been renumbered to evade detection).

9. Deputies on scene conducted a post-*Miranda* interview of **HARMON**, who was driving the Nissan and stated that he had facilitated the delivery of the Ferrari to a trailer at an undisclosed address for a customer from New York. Law enforcement then conducted a controlled call using the phone number that the tow company had provided for **HARMON**. **HARMON**'s cellphone rang in his hands.

10. On or about April 3, 2025, U.S. Magistrate Judge Natalie H. Adams authorized a warrant to search **HARMON**'s cellphone for, among other things, evidence of stolen motor vehicles. Case No. 8:25-mj-1719-NHA.

11. In reviewing **HARMON**'s cellphone, I observed a WhatsApp call log and text conversation between **HARMON** and unknown phone number +9647735619432 between May 1, 2024, to December 11, 2024. The content of the texts included, among other things, discussions of securing and transporting cars, profit estimations, VINs, acquisition of transport containers, shipping cars to Dubai, and hundreds of photographs of high-end cars.

12. On or about August 21, 2024, the phone number +9647735619432 sent **HARMON** messages, stating, "The ferrari is on its way to you transport picked it up" and shared a video of the Ferrari in a transport container. Approximately 16 hours later **HARMON** sent a video to +9647735619432 showing the Ferrari being offloaded from the container.

13. The next day, on or about August 22, 2024, **HARMON** and the phone number +9647735619432 exchanged the following messages:

> **HARMON**: Yea whatever money u get to me I'll get the cars to new jersey
> Did you send vin
>
> **+9647735619432**: I really need u to protect that rari bro
> Its our ticket back
> I am counting on u to get right with this Rari bro
> All I need is to get the car safely to NJ.

14. That same day, **HARMON** and the phone number +9647735619432 exchanged the following messages:

> **HARMON**: Was wrong my g
>
> **+9647735619432**: I am just tired
>
> **HARMON**: I felt like that to today this game really plays a toll on your life
> When it's good life's seems like we superhero's but when it's bad seem like we can't get a break

Based on my training and experience, and the inconsistency in **HARMON**'s statements to law enforcement regarding the Ferrari and the above messages, I believe that **HARMON** knew that the Ferrari was stolen.

4

15. On or about June 1, 2025, HCSO arrested **HARMON** for operating a motor vehicle while his license was revoked. At the time, **HARMON** was observed driving a Dodge Durango SRT Hellcat with a Montana license plate that HCSO assessed to be re-vinned. HCSO determined the true VIN of the Durango, which had been reported stolen in Pasco County in September 2023.

16. **HARMON** was charged with operating while license is revoked-habitual traffic offender, grand theft motor vehicle, sell or possess vehicle with altered numbers, and multiple violations of probation. **HARMON** is currently in custody and not eligible for bond at the Falkenburg Road Jail.

## CONCLUSION

17. Based on the foregoing information, I respectfully submit that probable cause exists to believe that Trevian **HARMON**, a/k/a Wild Bill, knowingly received, possessed, concealed, and stored a stolen motor vehicle that had crossed a State boundary, in violation of 18 U.S.C. § 2313(a).

_____
Cynthia A. Hazel
Special Agent
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this __5__ day of June 2025.

_____
HON. CHRISTOPHER P. TUITE
United States Magistrate Judge